## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| P & L DEVELOPMENT, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>GERBER PRODUCTS COMPANY, NESTLÉ S.A., PERRIGO COMPANY, PLC, L. PERRIGO COMPANY, and PBM NUTRITIONALS, LLC,<br><br>       Defendants. | Civil Action No. 1:21-cv-5382-MKB-AYS |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, defendant Gerber Products Company ("Gerber"), by and through its undersigned counsel, will move this Court before the Honorable Margo K. Brodie, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, at a time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Complaint filed by plaintiff P & L Development, LLC with prejudice and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
    January 12, 2021

                KELLEY DRYE &WARREN LLP

              By:  /s/ *Geoffrey W. Castello*
                 Geoffrey W. Castello
                 Whitney M. Smith
                 3 World Trade Center
                 175 Greenwich Street
                 New York, NY 10007
                 (212) 808-7800

gcastello@kelleydrye.com
wsmith@kelleydrye.com

*Attorneys for Defendant
Gerber Products Co.*

MAYER BROWN LLP

*/s/ Carmine R. Zarlenga*
Carmine R. Zarlenga
Oral D. Pottinger
1999 K Street NW
Washington, DC 20006
T: (202) 263-3227
F: (202) 263-3300
czarlenga@mayerbrown.com
opottinger@mayerbrown.com

*Counsel for Defendant
Gerber Products Co.*