

**Christopher Schafbuch**
Associate

1251 Avenue of the Americas, 17th Fl.
New York, New York 10020

**T**: 212.419.5879
**F**: 212.262.6700
**E**: cschafbuch@lowenstein.com

December 27, 2022

VIA ELECTRONIC FILING (CM/ECF)

The Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722

Re: Motion to Withdraw as Counsel of Record,
*P & L Development, LLC v. Gerber Products Company, et al.*, No. 21-cv-5382

Dear Judge Shields:

I am one of several counsel of record for Plaintiff P & L Development, LLC ("PLD"), and I write pursuant to Local Civil Rule 1.4 to request leave to withdraw my appearance. PLD will continue to be represented by its current counsel, Lowenstein Sandler LLP, including lead trial counsel Jonathan Lewis. I am not asserting a retaining or charging lien.

Respectfully submitted,

*/s/ Christopher Schafbuch*

*Counsel for Plaintiff*
*P & L Development, LLC*