| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ENTRY |
| BEFORE: ANNE Y. SHIELDS<br>U.S. MAGISTRATE JUDGE | DATE: 4/4/24<br>TIME: 1:00 PM<br>FTR: 1:08-1:17 |

CASE: **CV-21-5382 (NG) (AYS)** Dawson v. Sag Harbor Launderette, Inc. et al

TYPE OF CONFERENCE: INITIAL

APPEARANCES:　　PLAINTIFF: JONATHAN LEWIS

　　　　　　　　　　DEFENDANT: ORAL POTTINGER
　　　　　　　　　　　　　　　　　SCOTT LENT
　　　　　　　　　　　　　　　　　MATTHEW TABAS

**THE FOLLOWING RULINGS WERE MADE:**

OTHER: Conference held.

　　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　 /s/ Anne Y. Shields
　　　　　　　　　　　　　　　　　　　　　　ANNE Y. SHIELDS