

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

April 30, 2026

The Honorable Nina Gershon
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Oral D. Pottinger**
Partner
T: +1 202 263 3218
F: +1 202 830 0329
OPottinger@mayerbrown.com

Re:   ***P & L Development, LLC v. Gerber Products Co. et al.*, Case No. 1:21-cv05382-NG-AYS (E.D.N.Y.); *Conry et al. v. Gerber Products Company et al.*, Case No. 1:24-cv-06784-NG-AYS (E.D.N.Y.)**

Dear Judge Gershon:

Defendants Perrigo Company plc, L. Perrigo Company, and PBM Nutritionals, LLC (collectively, "Perrigo"), Defendant Gerber Products Company ("Gerber" and together with Perrigo, "Defendants"), Plaintiff P & L Development ("PLD"), and counsel for the plaintiffs and proposed classes in the above-captioned *Conry* action (together with PLD, "Plaintiffs") submit this joint letter regarding the status of the parties' settlement discussions as the Court requested in its February 19, 2026 Order.

In the parties' Joint Letter of February 18, 2026, the parties requested a limited extension of the case schedule to "allow the parties to focus their efforts on productive mediation and settlement negotiations." ECF No. 219.[1] The parties explained that they had scheduled a formal mediation for April 15, 2026 following settlement discussions in January 2026. *Id.* The parties participated in this formal mediation session as planned, but no agreements were reached.

Since April 15th, Perrigo, PLD, and counsel for the *Conry* plaintiffs have had continued discussions with the mediator in the hope of reaching a resolution to the claims against Perrigo. However, in light of the fact that no settlements have been reached, the parties will continue litigating under the schedule approved by this Court and outlined in Appendix A of the parties' Joint Letter. *Id.*

---

[1] The ECF entries referenced correspond to the docket in *P & L Development, LLC v. Gerber Products Co. et al.*, Case No. 1:21-cv-05382-NG-AYS (E.D.N.Y.).

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).

Mayer Brown LLP

April 30, 2026
Page 2

Respectfully,


/s/ Oral D. Pottinger
Oral D. Pottinger (admitted pro hac vice)
MAYER BROWN LLP
1999 K Street N.W.
Washington, DC 20006
(202) 263-3218
opottinger@mayerbrown.com

*Counsel for Defendant Gerber Products Company*


/s/ Jonathan L. Lewis
Jonathan L. Lewis (admitted pro hac vice)
Leslie W. Kostyshak (admitted pro hac vice)
Christopher J. Dufek (admitted pro hac vice)
Bennett Sooy (admitted pro hac vice)
Matthew J. Revis (admitted pro hac vice)
Nicole R. Johnson (admitted pro hac vice)
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 955-1500
Fax: (202) 778-2201
lewisj@hunton.com
lkostyshak@hunton.com
dufek@hunton.com
bsooy@hunton.com
mrevis@hunton.com
njohnson@hunton.com

Susan L. Shin
200 Park Avenue, 52nd Floor
New York, NY 10166
Tel: (212) 309-1000
Fax: (212) 309-1100
sshin@huntonak.com

Paul T. Nyffeler (admitted pro hac vice)
Catherine E. Bauer (admitted pro hac vice)
Riverfront Plaza, East Tower

Mayer Brown LLP

April 30, 2026
Page 3

951 East Byrd Street
Richmond, VA 23219
Tel: (804) 788-8200
Fax: (804) 788-8218
pnyffeler@hunton.com
kbauer@hunton.com

*Counsel for Plaintiff P & L Development, LLC*

*/s/ Jeffrey J. Corrigan*
Jeffrey J. Corrigan
Jeffrey L. Spector (admitted pro hac vice)
SPECTOR ROSEMAN & KODROFF, PC
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
jcorrigan@srkattorneys.com
jspector@srkattorneys.com

*Interim Liaison and Co-Lead Counsel for the Proposed Classes*

Simon B. Paris (admitted pro hac vice)
Patrick Howard (admitted pro hac vice)
Joshua D. Snyder (admitted pro hac vice)
John E. Sindoni (admitted pro hac vice)
Benjamin J. Eichel (admitted pro hac vice)
SALTZ MONGELUZZI AND
BENDESKY PC
120 Gibraltar Road, Suite 218
Horsham, PA 19044
Tel: (215) 575-3895
sparis@smbb.com
phoward@smbb.com
jsnyder@smbb.com
jsindoni@smbb.com
beichel@smbb.com

*Interim Co-Lead Counsel for the Proposed Classes*

Mayer Brown LLP

April 30, 2026
Page 4

/s/ C. Scott Lent
C. Scott Lent
ARNOLD & PORTER KAYE
SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000
Scott.Lent@arnoldporter.com

*Counsel for Defendants L. Perrigo Company,*
*PBM Nutritionals, LLC, & Perrigo Company plc*

cc:      All Counsel of Record via ECF